# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON L. R., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00938-TWP-MJD |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Date: 6/9/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Catherine Seagle
Social Security Administration
catherine.seagle@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Adriana Maria de la Torre
THE DE LA TORRE LAW OFFICE LLC
adriana@dltlawoffice.com

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court